| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on February 28, 2020<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    KELLY-ANN JOSEPH | Case No.:  17-24436<br><br>Judge:  STACEY L. MEISEL |

### ORDER ON TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM

The relief set forth on the following page, numbered two (2) is hereby ORDERED.

**DATED: February 28, 2020**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): KELLY-ANN JOSEPH

Case No.: 17-24436SLM

Caption of Order: Order On Trustee's Motion to Stop Disbursement On Proof Of Claim

ORDERED, that the claim of REAL TIME RESOLUTIONS, Court Claim Number 8, be reduced to amount of $0 .

United States Bankruptcy Court
District of New Jersey

In re:  
Kelly-Ann Joseph  
    Debtor

Case No. 17-24436-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Feb 28, 2020 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2020.  
db        +Kelly-Ann Joseph,   660 Nassau Street,   Orange, NJ 07050-1246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:
        Denise E. Carlon   on behalf of Creditor   Liberty Revolving Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Mina M Beshara   on behalf of Creditor   Selene Financial, LP as servicer for MTGLQ Investors, LP mbeshara@hinshawlaw.com  
        Sindi  Mncina   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR LIBERTY REVOLVING TRUST smncina@rascrane.com  
        Sindi  Mncina   on behalf of Creditor   MTGLQ INVESTORS, L.P. smncina@rascrane.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        Virginia E. Fortunato   on behalf of Debtor Kelly-Ann  Joseph njbankruptcy911@gmail.com, bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com  
        TOTAL: 7