Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−24436−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kelly−Ann Joseph
   aka Kellyann Joseph, aka Kelly Ann Joseph
   660 Nassau Street
   Orange, NJ 07050

Social Security No.:
   xxx−xx−3146

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☑ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: December 27, 2021
JAN: wdh

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-24436-SLM |
| Kelly-Ann Joseph | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 27, 2021 | Form ID: cscnodsc | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly-Ann Joseph, 660 Nassau Street, Orange, NJ 07050-1246 |
| 516946876 | + | Credit One Bank, NA (FDIC), 585 Pilot Road, Las Vegas, NV 89119-3619 |
| 516946877 | + | David B. Joseph, 660 Nassau Street, Orange, NJ 07050-1246 |
| 516946879 | + | Di-Tech/Greentree Servicing, Att: Bankruptcy Department, P.O. 6154, Rapid City, SD 57709-6154 |
| 516946880 | + | Ditech Bankruptcy Department, 7340 S. Kyrene Road, Tempe, AZ 85283-4573 |
| 516946882 | | Ditech Financial LLC, P.O. Box 6176, Rapid City, SD 57709-6176 |
| 516946881 | | Ditech Financial LLC, 3000 Baypoint Drive - Suite 880, Tampa, FL 33607 |
| 516946884 | + | Equifax, 1550 Peartree Street NW, Atlanta, GA 30309-2468 |
| 516946885 | + | Experian, 475 Anton Boulevard, Costa Mesa, CA 92626-7037 |
| 516946886 | | First Premier Bank, 601 S Minneapolis Avenue, Sioux Falls, SD 57104 |
| 516946887 | + | First Premier Bank (FDIC), Headquarters, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 516946890 | | Lacey Auto, Inc., 419 R. 46E, South Hackensack, NJ 07606 |
| 516946892 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage, Att: Bankruptcy, 350 Highland Drive, Lewisville, TX 75067 |
| 516946894 | | NJ Attorney General's Office, Division of Law, 25 Market Street, P.O. Box 112, Trenton, NJ 08625-0112 |
| 516946893 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 516946895 | + | Ollo MasterCard Services, Att: Mid America Bank & Trust (FDIC), 216 West Second Street, Dixon, MO 65459-8048 |
| 516946896 | + | Orange Tax Collector, City Hall, 29 North Day Street, Orange, NJ 07050-3691 |
| 516946897 | + | Ras Citron, LLC, 130 Clinton Road - Suite 202, Fairfield, NJ 07004-2927 |
| 518533618 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518533619 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250, Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 516946900 | | Selene Finance, POB 71243, Philadelphia, PA 19176-6243 |
| 516946901 | + | Selene Financial, 9990 Richmond, Houston, TX 77042-4559 |
| 518047114 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517017177 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516946902 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 516946903 | + | Trans Union, P.O. Box 2000, Chester, PA 19016-2000 |
| 516946907 | + | US Attorney General's Office, 1350 Pennsylvanie Avenue NW - #409, Washington, DC 20004-3003 |
| 516946906 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O.B. 683, Washington, DC 20044-0683 |
| 516946905 | + | United States Attorney General, Peter Rodino Federal Bldg., 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 27 2021 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 27 2021 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | | |

Case 17-24436-SLM    Doc 82    Filed 12/29/21    Entered 12/30/21 00:11:24    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: cscnodsc | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 27 2021 21:56:00 | MTGLQ INVESTORS, L.P., RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2021 22:06:40 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 516946872 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:40 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 516946871 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:40 | Capital One, Att: Bankruptcy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 516946873 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 27 2021 22:06:49 | Capital One Bank (USA) (FDIC), 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 516946875 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2021 22:06:33 | Credit One Bank NA, P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 516946874 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 27 2021 22:06:34 | Credit One Bank NA, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 517120768 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 27 2021 22:06:33 | Fair Square Financial LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516946887 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 27 2021 22:06:49 | First Premier Bank (FDIC), Headquarters, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4824 |
| 516946888 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 27 2021 21:56:00 | Internal Revenue Service, P.O. Box 7436, Philadelphia, PA 19101-7436 |
| 518220369 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:49 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518220370 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:35 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, c/o Resurgent Capital Services 29603-0587 |
| 517123206 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 27 2021 22:06:34 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517189530 | + | Email/Text: bkteam@selenefinance.com | Dec 27 2021 21:56:00 | MTGLQ Investors, L.P., c/o Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |
| 517100936 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 27 2021 22:06:33 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517111640 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 27 2021 21:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517192744 | | Email/Text: bkdepartment@rtresolutions.com | Dec 27 2021 21:57:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516946898 | + | Email/Text: bkteam@selenefinance.com | Dec 27 2021 21:56:00 | Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 516949125 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 27 2021 22:06:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516946904 | | Email/Text: DASPUBREC@transunion.com | Dec 27 2021 21:56:00 | Trans Union Corporate Office, 555 W. Adams Street, Chicago, IL 60661 |

TOTAL: 22

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 27, 2021 | Form ID: cscnodsc | Total Noticed: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516946889 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517195734 | * | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 516946899 | *+ | Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| 516946878 | ##+ | Di-Tech, 1100 Virginia Drive - Suite 100, Fort Washington, PA 19034-3279 |
| 516946883 | ##+ | Ditech Financial LLC d/b/a Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 516946891 | ##+ | Mid America Bank & Trust Co. (FDIC), 216 West Second Street, Dixon, MO 65459-8048 |

TOTAL: 0 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the holders of the CIM Trust 2019-R4, Mortgage-Backed Notes, Series 2019-R4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Liberty Revolving Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Mina M Beshara | on behalf of Creditor Selene Financial LP as servicer for MTGLQ Investors, LP mbeshara@hinshawlaw.com |
| Sindi Mncina | on behalf of Creditor SELECT PORTFOLIO SERVICING INC., AS SERVICING AGENT FOR LIBERTY REVOLVING TRUST smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor MTGLQ INVESTORS L.P. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia E. Fortunato | on behalf of Debtor Kelly-Ann Joseph njbankruptcy911@gmail.com bankruptcynotices2011@gmail.com;fortunatovr82014@notify.bestcase.com |

TOTAL: 8